```
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

     OLINDO ENTERPRISES, INC., ET AL

                         Plaintiff(s)

       -vs-                                    03-Cv-6148T

     BOBRY, INC., ET AL

                         Defendant(s)/
                         Third-party
                         plaintiff(s)

       -vs-

     OLINDO DiFRANCESCO

                         Third-party
                         defendant(s)
_____
```

The Court having been advised that the above action has been settled, it is hereby,

ORDERED, that the above action is hereby dismissed with prejudice. The Court retains jurisdiction over the effectuation of the settlement.

SO ORDERED.

    S/ MICHAEL A. TELESCA
MICHAEL A. TELESCA
United States District Judge

Dated: December 15, 2005